CO FILE DEPT. CLOCK NUMBER
2ED 000065 VHC--- 0077053922 1

## Earnings Statement 

OB/GYN AFFILIATES, LLC.
10099 RIDGEGATE PKWY #260
LONE TREE, CO 80124

Period Beginning:  08/09/2020
Period Ending:     08/22/2020
Pay Date:          08/28/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CO:      0

KATHERINE VOGEL
3791 S FAIRPLAY WAY
AURORA CO 80014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 70.38 | 1,407.60 | 2,674.60 |
| Pto | | | | 480.00 |
| **Gross Pay** | | | **$1,407.60** | 3,154.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -136.55 | 294.63 |
| | Social Security Tax | -83.54 | 184.39 |
| | Medicare Tax | -19.53 | 43.12 |
| | CO State Income Tax | -55.26 | 118.83 |
| | **Other** | | |
| | Hlth Spnd Acct | -50.00* | 150.00 |
| | Hyatt Legal | -9.00 | 27.00 |
| | Ts Dental | -10.20* | 30.60 |
| | **Net Pay** | | **$1,043.52** |
| | **Net Check** | | **$1,043.52** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Client Match | 42.23 | 94.64 |
| Pto Hours Bal | 8.04 | |
| Totl Hrs Worked | 70.38 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,347.40
Your CO taxable wages this period are $1,347.40

© 2000 ADP, LLC



2ED                                                    82-7/1020
**Payroll check number:** 0077053922
Pay date: 08/28/2020

Pay to the order of: KATHERINE VOGEL

This amount: ONE THOUSAND FORTY THREE AND 52/100 DOLLARS      $1043.52

ASSISTANCE WITH VERIFICATION IS AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
1242 Pearl St
Boulder, CO 80302

| CO. FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|
| 2ED | 000065 | VHC--- | 0077054852 | 1 | |

# Earnings Statement

**ADP**

OB/GYN AFFILIATES, LLC.
10099 RIDGEGATE PKWY #260
LONE TREE, CO 80124

Period Beginning: 08/23/2020
Period Ending:   09/05/2020
Pay Date:        09/11/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CO:      0

KATHERINE VOGEL
3791 S FAIRPLAY WAY
AURORA CO 80014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 73.30 | 1,466.00 | 4,140.60 |
| Overtime | 30.0000 | 2.02 | 60.60 | 60.60 |
| Pto | 20.0000 | 8.00 | 160.00 | 640.00 |
| **Gross Pay** | | | **$1,686.60** | 4,841.20 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Hours Bal | 3.12 | |
| 401K Nec | 50.60 | 145.24 |
| Totl Hrs Worked | 75.32 | |

**Deductions**

Statutory
  Federal Income Tax    -170.03    464.66
  Social Security Tax   -100.83    285.22
  Medicare Tax           -23.59     66.71
  CO State Income Tax    -68.18    187.01

Other
  Hlth Spnd Acct    -50.00*    200.00
  Hyatt Legal        -9.00      36.00
  Ts Dental         -10.20*     40.80

**Net Pay**   $1,254.77

**Net Check**  $1,254.77

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,626.40
Your CO taxable wages this period are $1,626.40

© 2000 ADP, LLC



2ED                                      82-7/1020
**Payroll check number:** 0077054852
**Pay date:**              09/11/2020

Pay to the order of:  KATHERINE VOGEL

This amount:  ONE THOUSAND TWO HUNDRED FIFTY FOUR AND 77/100 DOLLARS     $1254.77

ASSISTANCE WITH VERIFICATION IS AVAILABLE AT 877-423-7243



VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
1242 Pearl St
Boulder, CO 80302

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| 2ED | 000065 | VHC--- | | 0077055767 | 1 |

# Earnings Statement

**ADP**

OB/GYN AFFILIATES, LLC.
10099 RIDGEGATE PKWY #260
LONE TREE, CO 80124

Period Beginning:  09/06/2020
Period Ending:     09/19/2020
Pay Date:          09/25/2020

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  0
   CO:       0

KATHERINE VOGEL
3791 S FAIRPLAY WAY
AURORA CO 80014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  | 20.0000 | 69.30 | 1,386.00 | 5,526.60 |
| Holiday  | 20.0000 | 8.00  | 160.00   | 160.00 |
| Pto      | 20.0000 | 6.20  | 124.00   | 764.00 |
| Overtime |         |       |          | 60.60 |
| **Gross Pay** | | | **$1,670.00** | 6,511.20 |

Your CO taxable wages this period are $1,509.80

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax    | -156.04 | 620.70 |
| | Social Security Tax   | -93.61  | 378.83 |
| | Medicare Tax          | -21.89  | 88.60 |
| | CO State Income Tax   | -62.78  | 249.79 |
| | **Other** | | |
| | Hlth Spnd Acct | -150.00* | 350.00 |
| | Hyatt Legal    | -9.00    | 45.00 |
| | Ts Dental      | -10.20*  | 51.00 |
| | **Net Pay**    | **$1,166.48** | |
| | **Net Check**  | **$1,166.48** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Hours Bal | 0.00 | |
| 401K Nec | 50.10 | 195.34 |
| Totl Hrs Worked | 69.30 | |

**Deposits**
Account No.        xxxxxx6755
Transit/ABA        xxxx xxxx
Pending

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,509.80

© 2000 ADP, LLC



2ED
**Payroll check number:** 0077055767
**Pay date:** 09/25/2020

82-7/1020

Pay to the order of:  KATHERINE VOGEL

This amount:  ONE THOUSAND ONE HUNDRED SIXTY SIX AND 48/100 DOLLARS    $1166.48

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-421-7243



VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
1242 Pearl St
Boulder, CO 80302

**QTC Management, Inc.**
924 Overland Ct
San Dimas, CA 91773

**Pay Statement**
Period Start Date  11/16/2020
Period End Date  11/29/2020
Pay Date  12/07/2020
Document  137156
Net Pay  $1,231.85

## Pay Details

| | | | |
|---|---|---|---|
| **Katherine Vogel**<br>3791 S Fairplay Way<br>Aurora, CO 80014<br>USA | **Employee Number** 207645<br>**SSN** XXX-XX-XXXX<br>**Job** Medical Asst Sr Spec<br>**Pay Rate** $17.5000<br>**Pay Frequency** Biweekly | **Pay Group** Hourly Employees-Indirect<br>**Location** Denver Clinic<br>**Division** CLS - Clinic Services<br>**Department** 105448 - Denver Medical<br>**Mini-Team** 448 - Denver Medical | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Holiday | 8.0000 | $17.5000 | $140.00 | $280.00 |
| Regular-Hourly | 71.7500 | $17.5000 | $1,255.62 | $1,802.50 |

Total Hours  79.7500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Employee Medicare | $20.24 | $30.20 |
| Social Security Employee Tax | $86.53 | $129.12 |
| CO State Income Tax | $57.00 | $82.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---:|---:|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxx6755 | Checking | $1,231.85 |
| Total | | $1,231.85 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $1,395.62 | $1,395.62 | $163.77 | $0.00 | $1,231.85 |
| YTD | $2,082.50 | $2,082.50 | $241.32 | $0.00 | $1,841.18 |

QTC Management, Inc.
924 Overland Ct
San Dimas, CA 91773

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 11/30/2020 |
| Period End Date | 12/13/2020 |
| Pay Date | 12/21/2020 |
| Document | 138348 |
| Net Pay | $1,305.31 |

## Pay Details

| | | | |
|---|---|---|---|
| **Katherine Vogel** | **Employee Number** 207645 | **Pay Group** Hourly Employees-Indirect | |
| 3791 S Fairplay Way | **SSN** XXX-XX-XXXX | **Location** Denver Clinic | |
| Aurora, CO 80014 | **Job** Medical Asst Sr Spec | **Division** CLS - Clinic Services | |
| USA | **Pay Rate** $17.5000 | **Department** 105448 - Denver Medical | |
| | **Pay Frequency** Biweekly | **Mini-Team** 448 - Denver Medical | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Holiday | 0.0000 | $0.0000 | $0.00 | $280.00 |
| Overtime | 3.2500 | $26.2500 | $85.31 | $85.31 |
| Regular-Hourly | 80.0000 | $17.5000 | $1,400.00 | $3,202.50 |

Total Hours   83.2500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $4.39 | $4.39 |
| Employee Medicare | $21.53 | $51.73 |
| Social Security Employee Tax | $92.08 | $221.20 |
| CO State Income Tax | $62.00 | $144.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxx6755 | Checking | $1,305.31 |
| Total | | $1,305.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $1,485.31 | $1,485.31 | $180.00 | $0.00 | $1,305.31 |
| YTD | $3,567.81 | $3,567.81 | $421.32 | $0.00 | $3,146.49 |

**QTC**

QTC Management, Inc.  
924 Overland Ct  
San Dimas, CA 91773

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 12/14/2020 |
| **Period End Date** | 12/27/2020 |
| **Pay Date** | 01/04/2021 |
| **Document** | 140107 |
| **Net Pay** | $1,199.88 |

## Pay Details

| | | | |
|---|---|---|---|
| **Katherine Vogel** | **Employee Number** 207645 | **Pay Group** | Hourly Employees-Indirect |
| 3791 S Fairplay Way | **SSN** XXX-XX-XXXX | **Location** | Denver Clinic |
| Aurora, CO 80014 | **Job** Medical Asst Sr Spec | **Division** | CLS - Clinic Services |
| USA | **Pay Rate** $17.5000 | **Department** | 105448 - Denver Medical |
| | **Pay Frequency** Biweekly | **Mini-Team** | 448 - Denver Medical |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 8.0000 | $17.5000 | $140.00 | $140.00 |
| Regular-Hourly | 70.7500 | $17.5000 | $1,238.12 | $1,238.12 |

Total Hours   78.7500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Short Term Disa | No | $13.82 | $13.82 | $0.00 | $0.00 |
| EE Sup Life | No | $3.00 | $3.00 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.20 | $0.20 |
| Basic EE Life | No | $0.00 | $0.00 | $1.09 | $1.09 |
| Dental | Yes | $0.00 | $0.00 | $16.05 | $16.05 |
| LTD | Yes | $0.00 | $0.00 | $4.40 | $4.40 |
| Vision | Yes | $0.00 | $0.00 | $2.89 | $2.89 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $19.98 | $19.98 |
| Social Security Employee Tax | $85.44 | $85.44 |
| CO State Income Tax | $56.00 | $56.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6755 | Checking | $1,199.88 |
| Total | | $1,199.88 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,378.12 | $1,378.12 | $161.42 | $16.82 | $1,199.88 |
| YTD | $1,378.12 | $1,378.12 | $161.42 | $16.82 | $1,199.88 |

QTC Management, Inc.  
924 Overland Ct  
San Dimas, CA 91773

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/28/2020 |
| Period End Date | 01/10/2021 |
| Pay Date | 01/15/2021 |
| Document | 142379 |
| Net Pay | $1,199.86 |

## Pay Details

| | | | |
|---|---|---|---|
| Katherine Vogel | Employee Number 207645 | Pay Group | Hourly Employees-Indirect |
| 3791 S Fairplay Way | SSN XXX-XX-XXXX | Location | Denver Clinic |
| Aurora, CO 80014 | Job Medical Asst Sr Spec | Division | CLS - Clinic Services |
| USA | Pay Rate $17.5000 | Department | 105448 - Denver Medical |
| | Pay Frequency Biweekly | Mini-Team | 448 - Denver Medical |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Holiday | 8.0000 | $17.5000 | $140.00 | $280.00 |
| Regular-Hourly | 70.7500 | $17.5000 | $1,238.12 | $2,476.24 |

Total Hours  78.7500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| Short Term Disa | No | $13.82 | $27.64 | $0.00 | $0.00 |
| EE Sup Life | No | $3.00 | $6.00 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.20 | $0.40 |
| Basic EE Life | No | $0.00 | $0.00 | $1.09 | $2.18 |
| Dental | Yes | $0.00 | $0.00 | $16.05 | $32.10 |
| LTD | Yes | $0.00 | $0.00 | $4.40 | $8.80 |
| Vision | Yes | $0.00 | $0.00 | $2.89 | $5.78 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Employee Medicare | $19.99 | $39.97 |
| Social Security Employee Tax | $85.45 | $170.89 |
| CO State Income Tax | $56.00 | $112.00 |

## Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---:|---:|---:|
| Floating Holida | 8.0000 | 0.0000 | 0.0000 |
| | | | *Available to Take |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxx6755 | Checking | $1,199.86 |
| Total | | $1,199.86 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $1,378.12 | $1,378.12 | $161.44 | $16.82 | $1,199.86 |
| YTD | $2,756.24 | $2,756.24 | $322.86 | $33.64 | $2,399.74 |

**QTC**

QTC Management, Inc.
924 Overland Ct
San Dimas, CA 91773

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/11/2021 |
| Period End Date | 01/24/2021 |
| Pay Date | 02/01/2021 |
| Document | 144243 |
| Net Pay | $1,215.04 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Katherine Vogel | Employee Number | 207645 | Pay Group | Hourly Employees-Indirect | | |
| 3791 S Fairplay Way | SSN | XXX-XX-8064 | Location | Denver Clinic | | |
| Aurora, CO 80014 | Job | Medical Asst Sr Spec | Division | CLS - Clinic Services | | |
| USA | Pay Rate | $17.5000 | Department | 105448 - Denver Medical | | |
| | Pay Frequency | Biweekly | Mini-Team | 448 - Denver Medical | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 8.0000 | $17.5000 | $140.00 | $420.00 |
| Regular-Hourly | 71.7500 | $17.5000 | $1,255.62 | $3,731.86 |

Total Hours 79.7500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Short Term Disa | No | $13.82 | $41.46 | $0.00 | $0.00 |
| EE Sup Life | No | $3.00 | $9.00 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.20 | $0.60 |
| Basic EE Life | No | $0.00 | $0.00 | $1.09 | $3.27 |
| Dental | Yes | $0.00 | $0.00 | $16.05 | $48.15 |
| LTD | Yes | $0.00 | $0.00 | $4.40 | $13.20 |
| Vision | Yes | $0.00 | $0.00 | $2.89 | $8.67 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $20.23 | $60.20 |
| Social Security Employee Tax | $86.53 | $257.42 |
| CO State Income Tax | $57.00 | $169.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6755 | Checking | $1,215.04 |
| Total | | $1,215.04 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,395.62 | $1,395.62 | $163.76 | $16.82 | $1,215.04 |
| YTD | $4,151.86 | $4,151.86 | $486.62 | $50.46 | $3,614.78 |

QTC Management, Inc.
924 Overland Ct
San Dimas, CA 91773

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 01/25/2021 |
| **Period End Date** | 02/07/2021 |
| **Pay Date** | 02/12/2021 |
| **Document** | 145633 |
| **Net Pay** | $1,272.90 |

## Pay Details

| | | | |
|---|---|---|---|
| **Katherine Vogel** | **Employee Number** 207645 | **Pay Group** Hourly Employees-Indirect | |
| 3791 S Fairplay Way | **SSN** XXX-XX-8064 | **Location** Denver Clinic | |
| Aurora, CO 80014 | **Job** Medical Asst Sr Spec | **Division** CLS - Clinic Services | |
| USA | **Pay Rate** $17.5000 | **Department** 105448 - Denver Medical | |
| | **Pay Frequency** Biweekly | **Mini-Team** 448 - Denver Medical | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $420.00 |
| Overtime | 2.5000 | $26.2500 | $65.62 | $65.62 |
| Regular-Hourly | 79.7500 | $17.5000 | $1,395.62 | $5,127.48 |

Total Hours  82.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Short Term Disa | No | $13.82 | $55.28 | $0.00 | $0.00 |
| EE Sup Life | No | $3.00 | $12.00 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.20 | $0.80 |
| Basic EE Life | No | $0.00 | $0.00 | $1.09 | $4.36 |
| Dental | Yes | $0.00 | $0.00 | $16.05 | $64.20 |
| LTD | Yes | $0.00 | $0.00 | $4.40 | $17.60 |
| Vision | Yes | $0.00 | $0.00 | $2.89 | $11.56 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.73 | $0.73 |
| Employee Medicare | $21.19 | $81.39 |
| Social Security Employee Tax | $90.60 | $348.02 |
| CO State Income Tax | $59.00 | $228.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 30.1560 | 30.1560 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6755 | Checking | $1,272.90 |
| Total | | $1,272.90 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,461.24 | $1,461.24 | $171.52 | $16.82 | $1,272.90 |
| YTD | $5,613.10 | $5,613.10 | $658.14 | $67.28 | $4,887.68 |

**QTC Management, Inc.**
924 Overland Ct
San Dimas, CA 91773

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 02/08/2021 |
| **Period End Date** | 02/21/2021 |
| **Pay Date** | 03/01/2021 |
| **Document** | 148990 |
| **Net Pay** | $1,235.53 |

## Pay Details

| | | | |
|---|---|---|---|
| Katherine Vogel | **Employee Number** 207645 | **Pay Group** Hourly Employees-Indirect | |
| 3791 S Fairplay Way | **SSN** XXX-XX-8064 | **Location** Denver Clinic | |
| Aurora, CO 80014 | **Job** Medical Asst Sr Spec | **Division** CLS - Clinic Services | |
| USA | **Pay Rate** $17.5000 | **Department** 105448 - Denver Medical | |
| | **Pay Frequency** Biweekly | **Mini-Team** 448 - Denver Medical | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 8.0000 | $17.5000 | $140.00 | $560.00 |
| Overtime | 1.2500 | $26.2500 | $32.81 | $98.43 |
| Regular-Hourly | 73.0000 | $17.5000 | $1,277.50 | $6,404.98 |

Total Hours  82.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $29.01 | $29.01 | $14.50 | $14.50 |
| Short Term Disa | No | $13.82 | $69.10 | $0.00 | $0.00 |
| EE Sup Life | No | $3.00 | $15.00 | $0.00 | $0.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.20 | $1.00 |
| Basic EE Life | No | $0.00 | $0.00 | $1.09 | $5.45 |
| Dental | Yes | $0.00 | $0.00 | $16.05 | $80.25 |
| LTD | Yes | $0.00 | $0.00 | $4.40 | $22.00 |
| Vision | Yes | $0.00 | $0.00 | $2.89 | $14.45 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.73 |
| Employee Medicare | $21.03 | $102.42 |
| Social Security Employee Tax | $89.92 | $437.94 |
| CO State Income Tax | $58.00 | $286.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 4.3080 | 34.4640 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6755 | Checking | $1,235.53 |
| Total | | $1,235.53 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,450.31 | $1,421.30 | $168.95 | $45.83 | $1,235.53 |
| YTD | $7,063.41 | $7,034.40 | $827.09 | $113.11 | $6,123.21 |