**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: | CASE: 21-10971-KHT |
| KATHERINE VOGEL | CHAPTER 13 |

**Debtor**

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

---

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of Chapter 13 Plan and as grounds therefor states as follows:

1. The plan does not meet the "best interest of creditors test." 11 U.S.C. § 1325(a)(4).

   a. Part 10.5 of the plan indicates student loans will not share in Class IV distributions. The Reconciliation with Chapter 7 in Part 3.2 of the plan indicates Class Four creditors would receive $14,568 in a Chapter 7 proceeding. In a Chapter 7 proceeding, student loan claims would share pro rata with other general unsecured claims. Therefore, the plan must provide for a pro rata distribution of at least $14,568 for Class Four claims including student loans.

   b. Debtor did not include a student loan debt in their schedules. Trustee requests additional information regarding whether Debtor has any student loan debt.

   c. Parts 12 and 10.5 are inconsistent as to the treatment of Class IV creditors.

   d. The plan must reconcile the non-exempt portion of Debtor's 2020 tax refund.

The Trustee reserves the right to amend his objection and to report on the Debtor's payment history at the hearing on his Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

Dated: April 18, 2021                  Respectfully submitted,

/s/ Matthew Hoelscher
Matthew Hoelscher, #48884
Attorney For Douglas B. Kiel, Chapter 13 Trustee
7100 E Belleview Ave, Suite 300
Greenwood Village, Co 80111
(720)398-4444
mhoelscher@denver13.com

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Trustee's Objection to Confirmation of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on April 18, 2021 addressed as follows:

KATHERINE VOGEL
3791 S FAIRPLAY WAY
AURORA, CO 80014-4025

Notice by Electronic Transmission was sent to the following persons/parties:

CONSUMER LAW PRO PC


/s/ Tamara Domenico
*staff for Douglas Kiel, Ch 13 Trustee*